UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TIMOTHY WILLIAM GRIMES,<br><br>Defendant. | CASE NO.<br><br>JUDGE<br><br>**INFORMATION**<br>18 U.S.C. § 1001(a)(2)<br><br>**FORFEITURE ALLEGATION** |

FILED
RICHARD W. NAGEL
CLERK OF COURT

APR 18 2025 11:56 A

**THE UNITED STATES ATTORNEY CHARGES:**

## COUNT ONE
**(False Statement)**

1. On or about August 1, 2023, in the Southern District of Ohio, the defendant, **TIMOTHY WILLIAM GRIMES**, did willfully and knowingly make a materially false, fictious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, that is: When agents of the Bureau of Alcohol, Tobacco, Firearms, and Explosives asked **GRIMES** who he was with when he purchased multiple firearms from Powers Defensive Tactics, LLC, **GRIMES** stated that he arrived in a red truck with two white males and a female (N.S.). The statement was false because, as **GRIMES** then and there knew, he arrived at Powers Defensive Tactics, LLC, in a black sedan and entered the store to purchase firearms with a black female (J.J.), who is a convicted felon and prohibited from purchasing and possessing firearms.

**In violation of 18 U.S.C. § 1001(a)(2).**

## FORFEITURE ALLEGATION

2. Upon conviction of the offense set forth in Count One of this Information, the defendant, **TIMOTHY WILLIAM GRIMES**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in such violation, including but not limited to:

- A Glock Model 32, 9mm pistol, bearing serial number AHLR763, with any attachments;
- A Beretta Model APX, 9mm pistol, bearing serial number A148035X, with any attachments; and
- A Smith & Wesson Model SD9VE, 9mm pistol, bearing serial number FBF6715, with any attachments.

## SUBSTITUTE ASSETS

3. If any of the property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of the defendant, up to the value of the property described above.

**Forfeiture pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.**

**KELLY A. NORRIS**
**ACTING UNITED STATES ATTORNEY**

*[signature]*

**ELIZABETH GERAGHTY (0072275)**
**Assistant United States Attorney**